# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 26-1315

**Short Case Caption:** DHS Probationary Employees 1 Class v. DHS

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Robert Horton, Lilia Irizarry, Jeffrey Smyly, DHS Probationary Employees 1 Class

| **Principal Counsel:** Christopher Hugh Bonk | Admission Date: 07/21/2021 |
|---|---|
| Firm/Agency/Org.: Gilbert Employment Law, P.C. | |
| Address: 8403 Colesville Road, Suite 1000 Silver Spring, MD 20910 | |
| Phone: 301-608-0880 | Email: cbonk-efile@gelawyer.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 1/20/26

Signature: *Christopher H Bonk*

Name: Christopher Hugh Bonk