# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1315

**Short Case Caption:** DHS Probationary Employees 1 Class v. DHS

**Filing Party:** DHS Probationary Employees 1 Class

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

**Issues to be raised on appeal:**

Did the MSPB have jurisdiction because appellants' separation from the Department of Homeland Security was a reduction in force?

**Relief awarded below (if damages, specify):** ☒ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

The administrative judge concluded that the Board lacked jurisdiction.

**Nature of Judgment (select one:)**        **Date of Judgment:** October 31, 2025

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Date: 1/20/2026             Signature: *Christopher H Bonk*

                            Name: Christopher H Bonk