# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 26-1315

**Short Case Caption:** DHS Probationary Class 1 v. DHS

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Robert Horton, Lilia Irizarry, Jeffrey Smyly, DHS Probationary Employees 1 Class

| | | |
|---|---|---|
| **Principal Counsel:** Jennifer Bennett | Admission Date: 01/26/2026 | |
| Firm/Agency/Org.: Gupta Wessler LLP | | |
| Address: 235 Montgomery Street, Suite 629, San Francisco, CA 94104 | | |
| Phone: (415) 573-0336 | Email: jennifer@guptawessler.com | |
| **Other Counsel:** Christopher H. Bonk | Admission Date: 07/21/2021 | |
| Firm/Agency/Org.: Gilbert Employment Law, P.C. | | |
| Address: 8403 Colesville Rd, Ste 1000, Silver Spring, MD, 20910 | | |
| Phone: (301) 608-0880 | Email: cbonk-efile@gelawyer.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 3/11/26

Signature: *Christopher H Bonk*

Name: Christopher H. Bonk

### [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Shannon C. Leary | Admission Date: 08/07/2013 |
|---|---|
| Firm/Agency/Org.: Gilbert Employment Law, P.C. ||
| Address: 8403 Colesville Rd, Ste 1000, Silver Spring, MD, 20910 ||
| Phone: (301) 608-0880 | Email: sleary-efile@gelawyer.com |
| **Other Counsel:** Kevin L. Owen | Admission Date: 03/10/2008 |
| Firm/Agency/Org.: Gilbert Employment Law, P.C. ||
| Address: 8403 Colesville Rd, Ste 1000, Silver Spring, MD, 20910 ||
| Phone: (301) 608-0880 | Email: kowen-efile@gelawyer.com |
| **Other Counsel:** Gary M. Gilbert | Admission Date: 03/10/2008 |
| Firm/Agency/Org.: Gilbert Employment Law, P.C. ||
| Address: 8403 Colesville Rd, Ste 1000, Silver Spring, MD, 20910 ||
| Phone: (301) 608-0880 | Email: gary-efile@gelawyer.com |
| **Other Counsel:** Brian Corman | Admission Date: 01/09/2026 |
| Firm/Agency/Org.: Cohen Milstein Sellers & Toll PLLC ||
| Address: 1100 New York Ave NW #800, Washington, DC 20005 ||
| Phone: (202) 408-4600 | Email: bcorman@cohenmilstein.com |
| **Other Counsel:** Rebecca Ojserkis | Admission Date: 01/07/2026 |
| Firm/Agency/Org.: Cohen Milstein Sellers & Toll PLLC ||
| Address: 1100 New York Ave NW #800, Washington, DC 20005 ||
| Phone: (202) 408-4600 | Email: rojserkis@cohenmilstein.com |

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Joseph Sellers | Admission Date: 01/16/2026 |
| Firm/Agency/Org.: Cohen Milstein Sellers & Toll PLLC | |
| Address: 1100 New York Ave NW #800, Washington, DC 20005 | |
| Phone: (202) 408-4600 | Email: jsellers@cohenmilstein.com |
| **Other Counsel:** Daniel Rosenthal | Admission Date: 03/08/2018 |
| Firm/Agency/Org.: James & Hoffman, P.C. | |
| Address: 1629 K Street, NW Suite 1050 Washington, DC 20006 | |
| Phone: (202) 960-1638 | Email: dmrosenthal@jamhoff.com |
| **Other Counsel:** Alice Hwang | Admission Date: 03/27/2018 |
| Firm/Agency/Org.: James & Hoffman, P.C. | |
| Address: 1629 K Street, NW Suite 1050 Washington, DC 20006 | |
| Phone: (202) 960-1619 | Email: achwang@jamhoff.com |
| **Other Counsel:** Charlotte Schwartz | Admission Date: 12/02/2018 |
| Firm/Agency/Org.: James & Hoffman, P.C. | |
| Address: 1629 K Street, NW Suite 1050 Washington, DC 20006 | |
| Phone: (202) 960-1653 | Email: chschwartz@jamhoff.com |
| **Other Counsel:** Emily Postman | Admission Date: 01/08/2026 |
| Firm/Agency/Org.: James & Hoffman, P.C. | |
| Address: 1629 K Street, NW Suite 1050 Washington, DC 20006 | |
| Phone: (202) 960-1643 | Email: erpostman@jamhoff.com |

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Eve Hill | Admission Date: 07/26/2011 |
|---|---|
| Firm/Agency/Org.: Brown, Goldstein & Levy | |
| Address: 120 East Baltimore Street Ste 2500 Baltimore MD 21202 | |
| Phone: (410) 962-1030 | Email: ehill@browngold.com |
| **Other Counsel:** Anisha Queen | Admission Date: 02/12/2026 |
| Firm/Agency/Org.: Brown, Goldstein & Levy | |
| Address: 120 East Baltimore Street Ste 2500 Baltimore MD 21202 | |
| Phone: (410) 962-1030 | Email: aqueen@browngold.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |