NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DHS PROBATIONARY EMPLOYEES 1 CLASS, ROBERT HORTON, LILIA IRIZARRY, JEFFREY SMYLY,**
*Petitioners*

**v.**

**DEPARTMENT OF HOMELAND SECURITY, DIRECTOR OF THE OFFICE OF PERSONNEL MANAGEMENT,**
*Respondents*

---

2026-1315

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-25-1781-I-1.

-------------------------------------------------

**INTERIOR PROBATIONARY EMPLOYEES CLASS, ALLISON KEATING, MATTHEW MCANULTY, SAMUEL PETERSON,**
*Petitioners*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent*

## OFFICE OF PERSONNEL MANAGEMENT,
*Intervenor*

_____

2026-1793

_____

Petition for review of the Merit Systems Protection Board in No. DC-0752-25-1550-I-1.

_____

## ON MOTION

_____

## O R D E R

Upon consideration of petitioners' unopposed motions to consolidate the above-captioned matters and to modify the briefing schedule,

DHS PROBATIONARY EMPLOYEES 1 CLASS v. DHS                    3

IT IS ORDERED THAT:

(1)  The motions are granted.  The appeals are consolidated, such that only one set of briefs should be filed for the appeals, and the official caption is revised as reflected in this order.

(2)  The opening brief is due no later than July 7, 2026; the response brief is due no later than September 25, 2026; and the reply brief is due no later than November 3, 2026.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 19, 2026
       Date