# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### ENTRY OF APPEARANCE

**Case Number:** 2026-1315; 2026-1793

**Short Case Caption:** DHS Probationary Employees Class 1 v. DHS

---

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account]. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

---

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Interior Probationary Employees Class, Allison Keating, Matthew McAnulty, and Samuel Peterson

| | |
|---|---|
| **Principal Counsel:** Jennifer Bennett | Admission Date: 01/26/2026 |
| Firm/Agency/Org.: Gupta Wessler LLP | |
| Address: 235 Montgomery Street, Suite 629, San Francisco, CA 94104 | |
| Phone: (415) 573-0336 | Email: jennifer@guptawessler.com |
| **Other Counsel:** Daniel M. Rosenthal | Admission Date: 03/08/2018 |
| Firm/Agency/Org.: James & Hoffman, P.C. | |
| Address: 1629 K Street NW, Suite 1050, Washington, DC 20006 | |
| Phone: (202) 496-0500 | Email: dmrosenthal@jamhoff.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/20/26

Signature: *Daniel M. Rosenthal*

Name: Daniel M. Rosenthal

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Alice C. Hwang | Admission Date: 03/27/2018 |
| Firm/Agency/Org.: James & Hoffman, P.C. | |
| Address: 1629 K Street NW, Suite 1050, Washington, DC 20006 | |
| Phone: (202) 496-0500 | Email: achwang@jamhoff.com |
| **Other Counsel:** Charlotte H. Schwartz | Admission Date: 12/02/2022 |
| Firm/Agency/Org.: James & Hoffman, P.C. | |
| Address: 1629 K Street NW, Suite 1050, Washington, DC 20006 | |
| Phone: (202) 496-0500 | Email: chschwartz@jamhoff.com |
| **Other Counsel:** Emily R. Postman | Admission Date: 01/08/2026 |
| Firm/Agency/Org.: James & Hoffman, P.C. | |
| Address: 1629 K Street NW, Suite 1050, Washington, DC 20006 | |
| Phone: (202) 496-0500 | Email: erpostman@jamhoff.com |
| **Other Counsel:** Christopher H. Bonk | Admission Date: 07/21/2021 |
| Firm/Agency/Org.: Gilbert Employment Law, P.C. | |
| Address: 8403 Colesville Road, Suite 1000, Silver Spring, MD 29010 | |
| Phone: (301) 608-0880 | Email: cbonk-efile@gelawyer.com |
| **Other Counsel:** Shannon C. Leary | Admission Date: 08/07/2013 |
| Firm/Agency/Org.: Gilbert Employment Law, P.C. | |
| Address: 8403 Colesville Road, Suite 1000, Silver Spring, MD 29010 | |
| Phone: (301) 608-0880 | Email: sleary-efile@gelawyer.com |

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Kevin L. Owen | Admission Date: 03/10/2008 |
|---|---|
| Firm/Agency/Org.: Gilbert Employment Law, P.C. | |
| Address: 8403 Colesville Road, Suite 1000, Silver Spring, MD 29010 | |
| Phone: (301) 608-0880 | Email: kowen-efile@gelawyer.com |
| **Other Counsel:** Gary M. Gilbert | Admission Date: 03/10/2008 |
| Firm/Agency/Org.: Gilbert Employment Law, P.C. | |
| Address: 8403 Colesville Rd, Suite 1000, Silver Spring, MD 20910 | |
| Phone: (301) 608-0880 | Email: gary-efile@gelawyer.com |
| **Other Counsel:** Brian Corman | Admission Date: 01/09/2026 |
| Firm/Agency/Org.: Cohen Milstein Sellers & Toll PLLC | |
| Address: 1100 New York Ave NW #800, Washington, DC 20005 | |
| Phone: (202) 408-4600 | Email: bcorman@cohenmilstein.com |
| **Other Counsel:** Rebecca Ojserkis | Admission Date: 01/07/2026 |
| Firm/Agency/Org.: Cohen Milstein Sellers & Toll PLLC | |
| Address: 1100 New York Ave NW #800, Washington, DC 20005 | |
| Phone: (202) 408-4600 | Email: rojserkis@cohenmilstein.com |
| **Other Counsel:** Joseph Sellers | Admission Date: 01/16/2026 |
| Firm/Agency/Org.: Cohen Milstein Sellers & Toll PLLC | |
| Address: 1100 New York Ave NW #800, Washington, DC 20005 | |
| Phone: (202) 408-4600 | Email: jsellers@cohenmilstein.com |

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Eve Hill | Admission Date: 07/26/2011 |
|---|---|
| Firm/Agency/Org.: Brown, Goldstein & Levy | |
| Address: 120 East Baltimore Street, Suite 2500, Baltimore, MD 21202 | |
| Phone: (410) 962-1030 | Email: ehill@browngold.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |