FORM 26.  Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1315; 2026-1783

**Short Case Caption:** DHS Probationary Employees 1 Class v. DHS

**Filing Party** Interior Probationary Employees Class

**Instructions.**  Complete each section or check the box if a section is intentionally blank or not applicable.  Attach additional pages as needed.  An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Did the MSPB have jurisdiction because Appellants' separation from the Department of the Interior was a reduction in force?

Relief awarded below (if damages, specify):    ☒ None/Not Applicable

Briefly describe the judgment/order appealed from:

The administrative judge concluded that the Board lacked jurisdiction.

| Nature of Judgment (select one:) | Date of Judgment: 05/05/2026 |
|---|---|
| ☒ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>☐ Other (explain) _____ | |

Date: 05/21/2026

Signature: *Daniel M. Rosenthal*

Name: Daniel M. Rosenthal